```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: ORLY GENGER,                     :
                                        :     24cv7072 (DLC)
                    Debtor,             :
----------------------------------------:
                                        :        ORDER
                                        :
DALIA GENGER,                           :
                                        :
                    Appellant,          :
                                        :
            -v-                         :
                                        :
ORLY GENGER, ET AL.,                    :
                                        :
                    Appellees.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of September 23, 2024 set a schedule for briefing in this matter following the docketing of notice that the record has been transmitted or is available electronically. On November 4, the notice that the record is available electronically was docketed. Accordingly, it is hereby

ORDERED that appellants shall file their brief by **November 22**. The appellee's brief is due **December 20**. Any reply is due **January 10, 2025**.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 6, 2024

```
                    _____
                           DENISE COTE
                    United States District Judge
```

2