UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

In Re: ORLY GENGER,

                Debtors.
------------------------------------------------------------------X
DALIA GENGER,

                Plaintiff/Appellant,          24 **CIVIL** 7072 (DLC)

    -against-                                           **JUDGMENT**

ORLY GENGER, ET AL.,

                Defendants/Appellees.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2025, The August 12, 2021 and September 1, 2024 Orders of the United States Bankruptcy Court for the Southern District of New York dismissing Dalia's claims are affirmed.

Dated:  New York, New York
           March 18, 2025

                                                              **TAMMI M. HELLWIG**

                                                                 Clerk of Court
                                    **BY:**

                                                                 **Deputy Clerk**